UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NOLAN ANTHONY LUND,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:21-cr-00107

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on September 14, 2021, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Nolan Anthony Lund entered a plea of guilty to Counts 1 and 3 of the Indictment in exchange for the undertakings made by the government in the written plea agreement.  In Count 1 of the Indictment, defendant is charged with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii) and count 3 charges him with possession of firearms in furtherance of drug trafficking, in violation of 18 U.S.C. § 924 (c)(1)(A)(i).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in

the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1 and 3 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: September 14, 2021    /s/ Phillip J. Green_____
PHILLIP J. GREEN
United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).